[No. 12579–6–I.   Division One.   June 3, 1985.]

RICHARD M. CHARTIER, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for King

County, No. 81–2–04926–5, Jim Bates, J., entered November 15, 1982. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Williams and Webster, JJ.